**Order entered February 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01081-CV

## IN THE INTEREST OF M.B., K.B., C.B., D.B., AND M.B., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55401-2017**

## ORDER

Before the Court is appellant's February 19, 2019 second opposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 21, 2019. We caution appellant that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
          JUSTICE